DAVID RUSLANDER, Respondent, *v.* EVANGELICAL LUTH-
ERAN ST. JOHANNES GEMEINDE IN MIDDLE EBENEZER,
Appellant.

Reported below, 171 App. Div. 975.
(Submitted May 22, 1916; decided May 30, 1916.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the fourth
judicial department, entered December 8, 1915, modify-
ing and affirming as modified a judgment in favor of
plaintiff entered upon a decision of the Erie County
Court on trial at an Equity Term.

The motion was made upon the grounds that defend-
ant is not a party aggrieved, the judgment having been
entered upon its own motion; that the Appellate Division
had unanimously affirmed the findings of fact; that no

questions of law were involved, and that the appeal was taken merely for the purposes of delay.

*David Ruslander* for motion.

*Edward W. Hamilton* opposed.

Motion denied, with ten dollars costs.